WALKER v. N.C. DEPT. OF E.H.N.R.

No. 419P93

Case below: 111 N.C.App. 851

Petition by respondent intervenor for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

WEEKS v. AUTRY

No. 391P93

Case below: 111 N.C.App. 691

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.